DK MAD
7680

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '21 MJ2534 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Conrad JONES, ) | Attempted Entry after |
| ) | Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about June 18, 2021, within the Southern District of California, Defendant Conrad JONES, an alien, who previously had been excluded, deported and removed from the United States to Belize, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the San Ysidro, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st of June 2021.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Efrain Carrillo, declare under penalty of perjury the following to be true and correct:

On June 18, 2021, at approximately 2:51 A.M, Conrad JONES (Defendant), applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry pedestrian primary lanes. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a California driver's license bearing his name and said he was an American citizen by birth in Carson, California. The CBP Officer asked Defendant for his intended destination and Defendant stated he was going to Carson, California with nothing to declare from Mexico. The CBP Officer noticed the driver's license was counterfeit and referred Defendant to secondary for further inspection.

In secondary, Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries revealing Defendant's true name and identity as Conrad JONES. IDENT and IAFIS also linked Defendant to Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS) service records which identify Defendant as a citizen and national of Belize without legal documents to enter, pass through or reside in the United States.

DHS records revealed Defendant was administratively ordered removed by an Immigration Judge from the United States to Belize on or about December 2, 2019 and physically removed on or about February 18, 2020, from the United States to Belize via airplane from Chicago, Illinois. DHS records contain no evidence Defendant has applied for or received permission from the United States Attorney General or designated successor, the Secretary of the DHS, to legally seek reapplication for admission into the United States.

Probable Cause Statement Continued on page 2

Continuation of Probable Cause Statement
RE: U.S V. Conrad JONES (Defendant)

At approximately 6:51 A.M, Defendant was advised of his Miranda Rights and elected to give a statement. Defendant admitted he is a citizen of Belize without documents to enter, reside or pass through the United States. Defendant admitted he claimed to be a United States citizen during CBP primary inspection and stated he was going to Carson, California. Defendant stated he knows it is against the law to attempt to enter into the United States without lawful documents. Defendant admitted he has never applied for or received permission from the United States Attorney General or designated successor, the Secretary of the DHS, to legally seek reapplication for admission into the United States. Defendant admitted to having previously been removed by an Immigration Judge and removed or deported from the United States to Belize.

Executed on this 18th day of June 2021 at 5:00 P.M.

_____
Efrain Carrillo / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of two (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on June 18, 2021 in violation of Title 8, United States Code, Section 1326.

_____           7:43 PM, Jun 18, 2021
MAGISTRATE JUDGE                    DATE / TIME